

Andrew M. Moskowitz, Esq.
Licensed in New York and New Jersey

May 23, 2023

Via ECF

Hon. Jennifer L. Rochon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re:   Case Name:   Spencer v. NYC Department of Education
      Case Number: 1:22-cv-10712-JLR

Dear Judge Rochon:

As the Court is aware, this law firm represents Plaintiff Jamala Spencer, Ed.D in the above matter. Please accept the following as the parties' joint request to adjourn the Initial Conference scheduled for May 23, 2023.

On March 21, 2023, the Court ordered "that the Initial Conference, scheduled for April 18, 2023, [be] adjourned to May 23, 2023 in order to facilitate the scheduling of mediation." (ECF No. 13). Thereafter, the parties and the mediator Gino Zonghetti, Esq. agreed on a date for the mediation. On May 16, at the request of Mr. Zonghetti, the mediation was adjourned. Although we have not received final confirmation from Mr. Zonghetti, it appears that the mediation will be scheduled for either June 5 or 6. Accordingly, we ask that the Initial Conference be adjourned to a date after June 6.

We note further that defendant has refiled its Motion to Dismiss. While we recognize that the Court seeks to control its docket and to expeditiously resolve cases, we believe that, in the event the case is not resolved at mediation, discovery should be stayed until after defendant's motion to dismiss is determined.

---

Per the Court's Individual Rules, requests for adjournments of a conference must be made at least two business days prior to the scheduled appearance. Nevertheless, the Court will adjourn the May 23, 2023 conference in light of the rescheduled mediation. Accordingly, the Initial Pretrial Conference shall take place on **June 13, 2023** at 10:30 a.m. in Courtroom 20B. To the extent the parties consent to a stay of discovery pending resolution of the motion to dismiss, they shall file a letter no later than **June 6, 2023** so indicating.

Dated: May 22, 2023
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

Hon. Jennifer L. Rochon, U.S.D.J.
May 23, 2023
Page 2

    We thank the Court for its courtesies in considering the foregoing.

                                                Respectfully submitted,

                                                /s/ Andrew M. Moskowitz
                                                Andrew M. Moskowitz

cc:    Joseph B. Reynolds, Esq. (via ECF)