**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
JAMALA K. SPENCER,

                       Plaintiff,

      -against-                                       22 **CIVIL** 10712 (JLR)

                                                             **<u>JUDGMENT</u>**

NYC DEPARTMENT OF EDUCATION,

                       Defendant.
-------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 15, 2024, the Court has GRANTED Defendant's motion to dismiss. Plaintiff's claim under Title VII is dismissed with prejudice. Because the Court has declined to exercise supplemental jurisdiction over Plaintiff's NYSHRL and NYCHRL claims, they are dismissed without prejudice to refile in state court; accordingly, the case is closed.

**Dated:** New York, New York

       February 15, 2024

                                                                  **RUBY J. KRAJICK**
                                                           _____
                                                                    **Clerk of Court**

                                 **BY:**     *K. Mango*

                                                          _____
                                                                    **Deputy Clerk**